**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRYAN HENNING,**

          **Plaintiff,**

v.                                                                                    **Case No: 6:15-cv-830-Orl-22DAB**

**OFFICER J. VERSAGGI,**

          **Defendant.**

                                                        /

**ORDER**

This cause is before the Court on the Magistrate Judge's Report and Recommendation ("R & R") (Doc. No. 21) that the Court, *inter alia*, deny Plaintiff's Motion to Proceed *In Forma Pauperis* ("IFP Motion"), (Doc. No. 14). For the reasons stated below, the R & R will be adopted and Plaintiff's IFP Motion will be denied.

On December 15, 2015, Plaintiff filed a timely Objection to the Magistrate Judge's recommendation that the Court deny his IFP Motion. (*See* Doc. No. 22). Notwithstanding his Objection, Plaintiff also filed an Amended Motion for Leave to Proceed *In Forma Pauperis* ("Amended IFP Motion"), thereby rendering his Objection and pending IFP Motion moot. (*See* Doc. No. 23). Plaintiff's Amended IFP Motion has since been referred to the Magistrate Judge for disposition. (*See id.*).

Based on the foregoing, it is **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. No. 21) is **ADOPTED** to the extent that it has not been rendered moot, and that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 14) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 29, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Unrepresented Parties
Assigned Magistrate Judge